1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:13-CR-243 TLN
12 |                       Plaintiff, | **AMENDED** STIPULATION AND REQUEST TO REFER MATTER TO PROBATION OFFICE FOR PREPARATION OF PRESENTENCE INVESTIGATION REPORT AND TO SET DATE FOR JUDGMENT AND SENTENCING; **ORDER**
13 |              v.                  |
14 | MARK ALLEN,                      |
15 |                       Defendant. |

16

17         This matter is currently set on the Court's calendar on November 6, 2014 at 9:30 a.m., for a

18 status hearing regarding sentencing.  Counsel for the United States has conferred with counsel for the

19 defendant, and the parties hereby stipulate and jointly request that the Court vacate the status hearing

20 and refer this matter to the Probation Office for preparation of presentence investigation report (PSR).

21 The parties further stipulate and request that this matter be set on the Court's calendar for a hearing for

22 judgment and sentencing on January 22, 2015, and with the corresponding dates for responses,

23 objections, and sentencing memoranda in accordance with this Court's Local Rules.  Because the

24 defendant has been convicted based on his plea of guilty to the charge in the Information, the Speedy

25 Trial Act does not apply to this request.

26

27

28

   Amended Stip. and Request re PSR and Sentencing       1
   Date

IT IS SO STIPULATED and respectfully submitted.

Dated: November 3, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

Dated: November 3, 2014

/s/ Todd A. Pickles for
PETER KMETO, ESQ.

For defendant Mark Allen

**ORDER**

For good cause showing, the Court hereby ADOPTS the parties' stipulation and GRANTS their request. Accordingly, IT IS HEREBY ORDERED THAT:

1.) This matter is referred to the Probation Office for preparation of a Presentence Investigation Report.

2.) This matter is set for Judgment and Sentencing on January 22, 2015 at 9:30 a.m. The Court shall issue a separate scheduling order for dates relating to Judgment and Sentencing in accordance with the Local Rules.

3.) The status hearing set for November 6, 2014 is hereby vacated.

IT IS SO ORDERED.

Dated: November 4, 2014

Troy L. Nunley
United States District Judge

Amended Stip. and Request re PSR and Sentencing Date

2