PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-13-00243 TLN |
|---|---|
| PLAINTIFF | |
| VS. | STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |
| MARK ALLEN, | |
| DEFENDANT, | |

    Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

    1– That the hearing date for Judgment and Sentencing in the above matter be reset from: January 22, 2015 to May 14, 2015 for the purpose of the parties providing the US Probation Office with additional materials relevant to their preparation of a Pre-sentence Report.

1

1    IT IS SO STIPULATED.

2 Dated:  December 4, 2014           /s/ TODD A. PICKLES
3                                    Assistant U.S. Attorney
                                     for the Government
4

5

6 Dated:  December 4, 2014           /s/  PETER KMETO
                                     Attorney for Defendant
7                                    MARK ALLEN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING in the above entitled matter be reset to May 14, 2015, as set forth above.

DATED: December 4, 2014

Troy L. Nunley
United States District Judge

2