PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-13-00243 TLN |
|---|---|
| PLAINTIFF, | |
| VS. | STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |
| MARK ALLEN, | |
| DEFENDANT. | |

Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

1– That the hearing date for Judgment and Sentencing in the above matter be reset from: May 14, 2015 to July 23rd for the purpose of the parties providing the Court with additional materials relevant to sentencing.

IT IS SO STIPULATED.

Dated:  May 1, 2015                    /s/ TODD A. PICKLES
                                       Assistant U.S. Attorney
                                       for the Government


Dated:  May 1, 2015                    /s/  PETER KMETO
                                       Attorney for Defendant
                                       MARK ALLEN


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING in the above entitled matter be reset to July 23, 2015, as set forth above.

DATED: May 1, 2015

_____
Troy L. Nunley
United States District Judge