PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF<br><br>VS.<br><br>MARK ALLEN,<br><br>    DEFENDANT, | Case No. CR-S-13-00243 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |

    Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

    1– That the hearing date for Judgment and Sentencing in the above matter be reset from: November 19, 2015 to January 21, 2016, at 9:30 a.m., for the purpose of the parties providing the Court with additional materials relevant to sentencing.

IT IS SO STIPULATED.

Dated:  November 10, 2015            /s/ TODD A. PICKLES
                                     Assistant U.S. Attorney
                                     for the Government


Dated:  November 10, 2015            /s/  PETER KMETO
                                     Attorney for Defendant
                                     MARK ALLEN

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING  in the above entitled matter be reset to January 21, 2016, at 9:30 a.m., as set forth above.

DATED: November 12, 2015

_____
Troy L. Nunley
United States District Judge