PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-13-00243 TLN |
|---|---|
| PLAINTIFF | |
| VS. | STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |
| MARK ALLEN, | |
| DEFENDANT, | |

Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

1– That the hearing date for Judgment and Sentencing in the above matter be reset from: January 21, 2016 to March 3, 2016; for the purpose of the parties providing the Court with additional materials relevant to sentencing.

1

IT IS SO STIPULATED.

Dated:  January 12, 2016                /s/ TODD A. PICKLES
                                        Assistant U.S. Attorney
                                        for the Government


Dated:  January 12, 2016                /s/  PETER KMETO
                                        Attorney for Defendant
                                        MARK ALLEN


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING in the above entitled matter be reset to March 3, 2016, at 9:30 a.m., as set forth above.

DATED: January 13, 2016

_____
Troy L. Nunley
United States District Judge