PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-13-00243 TLN |
|---|---|
| PLAINTIFF | |
| VS. | STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |
| MARK ALLEN, | |
| DEFENDANT, | |

  Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

  1– That the hearing date for Judgment and Sentencing in the above matter be reset from: March 3, 2016 to May 12, 2016, at 9:30 a.m.; for the purpose of the parties providing the Court with additional materials relevant to sentencing.

1

IT IS SO STIPULATED.

Dated:  February 22, 2016              /s/ TODD A. PICKLES
                                       Assistant U.S. Attorney
                                       for the Government


Dated:  February 22, 2016              /s/  PETER KMETO
                                       Attorney for Defendant
                                       MARK ALLEN


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING in the above entitled matter be reset to May 12, 2016, at 9:30 a.m., as set forth above.

DATED: February 22, 2016

_____
Troy L. Nunley
United States District Judge