PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: MARK ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-13-00243 TLN |
|---|---|
| PLAINTIFF | |
| VS. | STIPULATION AND ORDER CONTINUING JUDGEMENT & SENTENCING DATE |
| MARK ALLEN, | |
| DEFENDANT, | |

    Defendant: MARK ALLEN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TODD A. PICKLES, stipulate and agree to the following:

    1– That the hearing date for Judgment and Sentencing in the above matter be reset from: May 12, 2016 to June 23, 2016 at 9:30 a.m.; for the purpose of the parties providing the Court with additional materials relevant to sentencing.

1

IT IS SO STIPULATED.

Dated:  May 9, 2016				/s/ TODD A. PICKLES
						Assistant U.S. Attorney
						for the Government


Dated:  May 9, 2016				/s/  PETER KMETO
						Attorney for Defendant
						MARK ALLEN


### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the HEARING re JUDGEMENT AND SENTENCING in the above entitled matter be reset to June 23, 2016, as set forth above.

DATED: May 9, 2016

_____
Troy L. Nunley
United States District Judge