DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
Email:       davefischer@yahoo.com

Attorney for Defendant
MARK ALLEN

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK ALLEN,

    Defendant.

Case No.:  2:13-CR-00243 TLN

**STIPULATION AND ORDER TO TERMINATE SUPERVISED RELEASE**

## STIPULATION

After consultation with U.S. Probation, the parties and U.S. Probation agree that it early termination of the defendant's supervised release is appropriate.  The parties request the Court to order that defendant Mark Allen's supervised release be terminated as soon as practicable.

The court may terminate supervised release at any time after one year of supervised release when the court is satisfied that termination is warranted by the defendant's conduct and is in the interest of justice. 18 U.S.C. §3583(e)(1).

Mr. Allen has been on supervised release since February 20, 2018.  Early termination of supervised release is appropriate here.  He is in compliance with all the terms and conditions of his supervised release.  Mr. Allen does not owe any fines or

STIPULATION AND ORDER
FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1 -

restitution.  He has not received, or is in need of, any services offered by Probation.  Mr. Allen has a stable residence, a family, and employment.  He has complied with his terms and conditions of release.  He has no history of violence, no recent arrests or convictions, no recent alcohol or drug abuse, no mental health issues, and no identifiable risk to the public or any identificable vicitm.

    For all of these reasons, the parties respectfully request the Court to order that defendant Mark, Allen's term of supervised release be terminated as soon as practicable.

Dated:  July 29, 2020      /s/ David D. Fischer
                                        DAVID D. FISCHER
                                        Attorney for Defendant
                                        MARK ALLEN

Dated:  July 29, 2020      /s/ Samuel Stefanki
                                        SAMUEL STEFANKI
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  July 30, 2020

                                        Troy L. Nunley
                                        United States District Judge